■ EDWARD C. VAN WORMER, SR., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 48866.) (Action No. 1.) EDWARD C. VAN WORMER, SR., as Father and Natural Guardian of EDWARD C. VAN WORMER, JR., an Infant, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 48867.) (Action No. 2.) — Judgments, Court of Claims, entered on March 6, 1970, affirmed, without costs. (See *Dixson* v. *State of New York*, 30 A D 2d 626; *Cimmino* v. *State of New York*, 29 A D 2d 587.) No opinion. Herlihy, P. J., Greenblott, Simons, Kane and Reynolds, JJ., concur.